PETITIONS FOR CERTIORARI DENIED OR DISMISSED FROM OCTOBER 3, 1927, TO AND INCLUDING JANUARY 3, 1928.

No. 253. B. S. WHEELER AND M. S. GALASSO *v.* GALEN D. PUE. See *ante*, p. 483.

No. 165. HARLIN *v.* GAGE. See p. 484.

No. 347. JOE GENNA *v.* STATE OF LOUISIANA; and
No. 351: MOLTON BRASSEAUX *v.* STATE OF LOUISIANA. On petitions for writs of certiorari to the Supreme Court of the State of Louisiana. October 10, 1927. The motions for leave to proceed further herein *in forma pauperis* are denied for the reason that the Court, upon examination of the unprinted records herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore hereby also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. M. G. Adams* for petitioner in No. 347. *Messrs. Molton Brasseaux, pro se,* and *Charles McCoy* for petitioner in No. 351. *Messrs. Percy Saint, John J. Robira* and *E. R. Schowalter* for respondent.

No. 352. EX PARTE FALTIN. On petition for a writ of certiorari to the Supreme Court of the State of Arizona. October 10, 1927. The motion for leave to proceed further herein *in forma pauperis* is denied, for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore hereby also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. John W. Ray* for petitioner.

---

No. 427. J. D. AUSTIN *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. October 10, 1927. The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. J. D. Austin, pro se. Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

---

No. 549. JOHN B. LEMIEUX ET AL. *v.* AGATE LAND COMPANY AND CITY OF SUPERIOR. On petition for a writ of certiorari to the Supreme Court of the State of Wisconsin. October 10, 1927. The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. John B. Arnold* for petitioners. No appearance for respondents.